# BERKE-WEISS LAW PLLC

150 East 52nd Street • Suite 21002 • New York, NY 10022
212.888.2680
BerkeWeissLaw.com

September 12, 2023

**BY ELECTRONIC CASE FILING**

Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:     *Frazier v. FCBC Community Development Corporation and Michael Walrond*, 1:22-cv-05270

Dear Judge Subramanian:

We represent Plaintiff Kyndra Frazier in the above-referenced matter. Please accept this letter-motion requesting an adjournment of the conference scheduled for September 15, 2023, at 1 p.m. as Rosh Hashanah begins that evening. Plaintiff's counsel observes Rosh Hashanah and thus will be unable to attend the in-person conference and religious services. This is the Plaintiff's first such request for an adjournment. Defendants have consented to an adjournment of the conference.

We remain available should Your Honor require any additional information concerning this request. We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Alex Berke

Alex Berke

cc: via ECF

John J. Byrnes, Esq.
Elizabeth Gorman, Esq.
Milber Makris Plousadis & Seiden, LLP
1000 Woodbury Rd., Suite 402
Woodbury, NY 11897

The conference is ADJOURNED until September 25, 2023, at 12 p.m. The conference will now be conducted via Microsoft Teams. The parties should call 646-453-4442 and enter Phone Conference ID 647 557 576, followed by the pound sign (#).

The Clerk of Court is directed to terminate the motion at ECF No. 40.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 13, 2023