UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYNDRA FRAZIER,<br><br>                    Plaintiff,<br><br>         -against-<br><br>FCBC COMMUNITY DEVELOPMENT CORPORATION,<br><br>                    Defendant. | 22-cv-5270 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the September 26, 2023, conference:

- By October 3, 2023, at 5:00 p.m. the parties SHALL submit a joint letter with proposed trial dates for January and February 2024.

- By October 3, 2023, Plaintiff should, if it deems it appropriate, make a renewed settlement demand to Defendant. If such a demand is made, Defendant should, if it deems it appropriate, make a good-faith offer by October 10, 2023.

- By October 10, 2023, Plaintiff should file on ECF a letter either (1) indicating its intent to withdraw the wage-statement and -notice claims asserted in this case or (2) describing the basis for Plaintiff's standing to assert those claims.

- Summary-judgment deadlines are ORDERED as follows:
    - Motions: November 3, 2023
    - Opposition papers: November 17, 2023
    - Reply papers: December 1, 2023

SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                                    _____
                                                    ARUN SUBRAMANIAN
                                                    United States District Judge