UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYNDRA FRAZIER,<br><br>        Plaintiff,<br><br>    -against-<br><br>FCBC COMMUNITY DEVELOPMENT CORPORATION, et al.,<br><br>        Defendants. | 22-cv-5270 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The final pretrial conference in this case is rescheduled to **4:30 p.m.** on **February 5, 2024**, in Courtroom 15A of the Moynihan Courthouse, 500 Pearl St., New York, NY 10007.

  As detailed in the Court's Individual Practices, the joint pretrial order and all motions in limine are due **two weeks** before the final pretrial conference.

  SO ORDERED.

Dated: January 11, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge