UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYNDRA FRAZIER,<br><br>         Plaintiff,<br><br>    -against-<br><br>FCBC COMMUNITY DEVELOPMENT CORPORATION,<br><br>         Defendant. | 22-cv-5270 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the parties' agreement, *see* Dkts. 76–77, the Court dismisses Defendant Michael Walrond, *see* Fed. R. Civ. P. 21. The Clerk of Court is directed to terminate Walrond as a party.

  SO ORDERED.

Dated: February 13, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge