UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYNDRA FRAZIER,<br><br>        Plaintiff,<br><br>    -against-<br><br>FCBC COMMUNITY DEVELOPMENT CORPORATION,<br><br>        Defendant. | 22-cv-5270 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at the February 14 conference, by February 16, 2024, at 5:00 p.m., the parties shall meet, confer, and jointly submit edits and objections to the proposed verdict form and charging instructions (on a single set of documents reflecting both sides' edits if any). The parties should also exchange demonstratives at least one day before trial begins and be prepared to voice objections to those demonstratives at the start of trial.

  SO ORDERED. Dated: February 14, 2024
New York, New York

                  _____
                  ARUN SUBRAMANIAN
                  United States District Judge