UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYNDRA FRAZIER,<br><br>                     Plaintiff,<br><br>             -against-<br><br>FCBC COMMUNITY DEVELOPMENT CORPORATION,<br><br>                     Defendant. | 22-cv-5270 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As noted on the record on February 20, 2024, Defendant is no longer asserting any affirmative defenses in this case. The affirmative defenses asserted in the answer, Dkt. 37, are thus deemed withdrawn.

      SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                             United States District Judge