UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYNDRA FRAZIER,<br><br>                      Plaintiff,<br><br>              -against-<br><br>FCBC COMMUNITY DEVELOPMENT CORPORATION,<br><br>                      Defendant. | 22-cv-5270 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As noted at the conclusion of trial, by February 26, 2024, at 5:00 p.m., the parties shall meet, confer, and submit a joint letter:

1. Attaching a proposed final judgment (if the parties cannot agree, they may each attach their own proposals to the letter);

2. Setting a briefing schedule for any post-trial motions, if either party chooses to file such a motion.

The parties should also discuss in their meet and confer the issue of settlement to determine whether there is a mutual resolution of this case that would avoid further expenditure of resources on each side. The parties need not inform the Court as to the substance of these discussions in their joint letter.

SO ORDERED.

Dated: February 22, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge