UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYNDRA FRAZIER,<br><br>                              Plaintiff,<br><br>             -against-<br><br>FCBC COMMUNITY DEVELOPMENT CORP.,<br><br>                              Defendant. | 22-cv-5270 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As noted during the March 20 conference, the parties have until March 27, 2024, at 5:00 p.m., to submit letters citing specific portions of the trial record to support their final-judgment arguments.

SO ORDERED.

Dated: March 21, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge