```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
KYNDRA FRAZIER,                                                     :
                                                                    :
                              Plaintiff,                            :   Case No.: 22-cv-05270
                                                                    :
               v.                                                   :
FCBC COMMUNITY DEVELOPMENT                                          :
CORPORATION                                                         :
                                                                    :
                              Defendants.                           :
------------------------------------------------------------------- x
```

# FINAL JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED** that, pursuant to the jury's verdict delivered on February 22, 2024, and the opinion entered March 29, 2024, the Court enters judgment in favor of the Plaintiff Kyndra Frazier, and against Defendant FCBC Community Development Corporation, in the total amount of $ 38,544.65.

The foregoing judgment does not include attorneys' fees or costs, which will be submitted separately pursuant to Rule 54. Defendant reserves its right to oppose same.

**SO ORDERED**

**Date: March 29, 2024**
New York, NY

**Arun Subramanian, U.S.D.J.**