UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KYNDRA FRAZIER,

                                                  Plaintiff,

       -against-

FCBC COMMUNITY DEVELOPMENT
CORPORATION and MICHAEL WALROND,

                                                 Defendants.
------------------------------------------------------------------------X

Case No.: 22-cv-05270

**NOTICE OF MOTION
PURSUANT TO RULE 50(b)
AND RULE 59**

      PLEASE TAKE NOTICE, Defendants will move this Court, pursuant to Local Civil Rule 6.3, before the Honorable Judge Arun Subramanian at the United States District Court for the Southern District, located 500 Pearl Street, Courtroom 15A, New York, New York 10007, at such date and time as is convenient to the Court, for an Order granting judgment as a matter of law in Defendant's favor pursuant to Rule 50(b) and dismissing Plaintiff's claims in their entirety with prejudice, or in the alternative, granting a new trial based on these issues pursuant to Rule 59

Dated: Woodbury, New York
       April 26, 2024

                                    MILBER MAKRIS PLOUSADIS
                                      & SEIDEN, LLP

                                    */s/ John J. Byrnes*
                                    John J. Byrnes, Esq. (JJB 5471016)
                                    Attorneys for Defendants
                                    1000 Woodbury Road, Suite 402
                                    Woodbury, New York 11797
                                    (516) 712-4000
                                    Our File No.: 420-23791
                                    Jbyrnes@milbermakris.com

TO: **<u>VIA ECF</u>**
Alexandra Berke, Esq.
BERKE-WEISS LAW PLLC
Attorney for Plaintiff
150 East 52nd Street, Suite 21002
New York, New York 10022
(212) 888-2680
alex@berkeweisslaw.com