UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYNDRA FRAZIER,<br><br>                              Plaintiff,<br><br>            -against-<br><br>FCBC COMMUNITY DEVELOPMENT CORPORATION,<br><br>                              Defendant. | 22-cv-5270 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court is in receipt of the motion to require FCBC to post an appeal bond (Dkt. 129). If FCBC intends to respond to the motion, it should do so by SEPTEMBER 25, 2024.

    SO ORDERED.

Dated: September 18, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge