UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYNDRA FRAZIER,

      Plaintiff,

   -against-

FCBC COMMUNITY DEVELOPMENT CORPORATION,

      Defendant.

22-cv-5270 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

 As the defendant has withdrawn the appeal in this case (Dkt. 133), the motion at Dkt. 129 is DENIED as moot. The Clerk of Court is requested to terminate the motion at Dkt. 129.

 SO ORDERED.

Dated: October 1, 2024

 New York, New York

                _____
                 ARUN SUBRAMANIAN
                United States District Judge